THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL C. WHEELER, Appellant. [722 NYS2d 446] —Judgment

unanimously affirmed. Memorandum: We reject the contention of defendant that he was denied effective assistance of counsel (*see, People v Flores,* 84 NY2d 184, 189). County Court's *Sandoval* compromise reflects a proper exercise of the court's discretion (*see, People v Walker,* 83 NY2d 455, 458-459; *People v Davis,* 168 AD2d 218, *lv denied* 77 NY2d 876). The evidence, viewed in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620, 621), is legally sufficient to support the conviction. Defendant failed to preserve for our review his contention that prosecutorial misconduct deprived him of a fair trial (*see,* CPL 470.05 [2]; *People v Balls,* 69 NY2d 641, 642), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). The sentence is not unduly harsh or severe. (Appeal from Judgment of Steuben County Court, Furfure, J.—Aggravated Unlicensed Operation Motor Vehicle, 1st Degree.) Present— Pigott, Jr., P. J., Green, Wisner, Kehoe and Burns, JJ.